| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CABAN, MILDRED | 2. Court or Organization<br><br>BANKRUPTCY COURT-PUERTO RICO | 3. Date of Report<br><br>07/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE - Active | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial  ✔ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. POST OFFICE AND COURTHOUSE BUILDING<br>300 RECINTO SUR, SUITE 109<br>SAN JUAN, PR 00901 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABAN, MILDRED | 07/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | AMERICAN BANKRUPTCY INSTITUTE | 07/12-15/2012 | Bretton Woods, NH | LEGAL SEMINAR (SPEAKER) | Transportation, meals and lodging |
| 3. | NATIONAL CONFERENCE OF BANKRUPTCY JUDGES | 10/24-27/2012 | San Diego, CA | ANNUAL CONFERENCE | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABAN, MILDRED | 07/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABAN, MILDRED | 07/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Banco Popular de Puerto Rico accounts | B | Interest | L | T | | | | | |
| 2. Goldman Antonetti & Cordova, P.S.C., Profit Sharing Plan | | None | | | Closed | 08/31/12 | L | | |
| 3. AIG American General Universal Life Policy | | None | J | T | | | | | |
| 4. Goldman Antonetti & Cordova, PSC Employees Retire & Savings | | None | | | Closed | 03/12/12 | M | | |
| 5. Oriental Group DGI (Unit Investment Trust, no control) | | None | M | T | Buy (add'l) | 08/31/12 | K | | |
| 6. | D | Int./Div. | | | Sold (part) | 11/28/12 | K | | |
| 7. Oriental Group IRA FACIL (Unit Inv. Trust, no control)(X) | | None | | | Open | 3/16/12 | K | | |
| 8. | A | Int./Div. | | | Closed | 11/26/12 | J | | |
| 9. Oriental Group IRA CD (Unit Investment Truste, no control(X | A | Interest | K | T | Open | 3/14/12 | K | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CABAN, MILDRED | 07/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) PART II, GOLDMAN ANTONETTI & CORDOVA, P.S.C. PROFIT SHARING AGREEMENT WITH FORMER LAW FIRM WAS TERMINATED ON 8/31/2012 (Y).

2) PART VII, COLUMN A, LINE 2, PAGE 4 - NO CONTROL.

3) PART VII, COLUMN D, LINE 2, PAGE 4 - CLOSED ON 8/31/2012 AND ALL FUNDS WERE TRANSFERRED TO ORIENTAL DGI (LINE 5) (ROLL OVER).

4) PART VII, COLUMN A, LINE 4, PAGE 4-I DID NOT CONTROL THE SELECTION OF ASSETS OR CATEGORY OF RISK. THEREFORE, I PROVIDED THE SPECIFIC NAME OF THE FUND AND DID NOT LIST THE UNDERLYING ASSETS.

5) PART VII, COLUMN D, LINE 4, PAGE 4- CLOSED ON 3/12/2012 AND ALL FUNDS WERE TRANSFERRED TO ORIENTAL DGI (LINE 5), ORIENTAL IRA FACIL (LINE 6) AND ORIENTAL IRA CD (LINE 7) (ROLL OVER).

6) PART VII, COLUMN A, LINE 5, PAGE 4 - ACCORDING TO THE CHIEF COMPLIANT OFFICER OF ORIENTAL, THE IRA IS A COMMINGLED UNIT INVESTMENT TRUST OR A COMMINGLED TRUST, WHICH I HAVE NO CONTROL OF THE INVESTMENTS AND THE RISK CATEGORY.

7) PART VII, COLUMN D, LINE 5, PAGE 4-ROLL OVER FROM LINES 2 (8/31/2012) AND 4 (3/16/2012).

| Name of Person Reporting | Date of Report |
|---|---|
| CABAN, MILDRED | 07/09/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MILDRED CABAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544